IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 98-CR-00058 |
| | § | |
| DEAN BLANCHARD | § | |

### ORDER

The Court has considered Defendant's Motion for Limited Access to Certain Sealed Court Records, the motion is GRANTED.

It is ORDERED that the District Clerk shall temporarily unseal the following documents in this matter:

- DKT #1: Information

- DKT #14: Plea Agreement as to Dean Blanchard Seafood

- DKT #15: Plea Agreement as to Dean Blanchard

- DKT #25: Judgment as to Dean Blanchard

- DKT #26 Judgment as to Dean Blanchard Seafood

- DKT #31: Transcript of sentencing

- DKT #33: Transcript of rearraignment

It is further ORDERED that the District Clerk shall provide copies of the above documents to the Defendant and his attorneys, James Ardoin and Robert Bieck, upon request and afterwards shall re-seal all documents in this matter.

Signed on this the 29th day of _____August_____, 2019.

                                              _____
                                              HON. VANESSA D. GILMORE
                                              U.S. DISTRICT JUDGE